797 A.2d 897

**Roger BUEHL, Craig Williams, Mumia Abu–Jamal, and Donald Tedford, Appellants,**

**v.**

**Martin HORN, Commissioner, Pennsylvania Department of Corrections; James Price, Superintendent, State Correctional Institution–Greene; and Ken Miller, G–Unit Manager, State Correctional Institution–Greene, Appellees.**

Supreme Court of Pennsylvania.

May 30, 2002.

***ORDER***

PER CURIAM.

**AND NOW,** this 30th day of May, 2002, the order of the Commonwealth Court dated July 21, 2000, is hereby affirmed.